IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs                        CR NO. 1:03-10078-01-T

PERRY ORLANDO

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on July 6, 2005, Assistant U. S. Attorney, Richard Leigh Grinalds, appearing for the government, and the defendant appeared in person and with counsel, David Camp, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Counts 1, 2 and 3 of the Indictment.

This case has been set for sentencing on **Monday, October 24, 2005, at 8:30 A.M.**

The defendant is allowed to remain on his present bond.

IT IS SO ORDERED.

                                     _/s/ James D. Todd_
                                     JAMES D. TODD
                                     UNITED STATES DISTRICT JUDGE
                                     DATE: 7 July 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 07-11-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 1:03-CR-10078 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT