# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 03-10078-01-T |
| Plaintiff, ) | |
| v. ) | |
| PERRY ORLANDO, ) | |
| Defendant. ) | |

## MOTION TO DISMISS REMAINING COUNTS OF INDICTMENT

Comes now, the United States of American, by and through Lawrence J. Laurenzi, Acting United States Attorney, and R. Leigh Grinalds, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, and would move the Court to dismiss the remaining counts of the Indictment in the above-styled cause as to defendant Perry Orlando.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

R. LEIGH GRINALDS
Assistant United States Attorney
109n South Highland, Suite 300
Jackson, Tennessee 38305
(731) 422-6220
(TN Bar # 9178)

**MOTION GRANTED**
DATE: 28 October 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-01-05

## CERTIFICATE OF SERVICE

I, R. Leigh Grinalds, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, hereby certify that a copy of the foregoing has been mailed first class postage pre-paid on this _27th_ day of October 2005 to:

Mr. David M. Camp, Esquire  
Attorney-At-Law  
403 North Parkway  
Jackson, TN 38305

R. LEIGH GRINALDS  
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 1:03-CR-10078 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT